## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Free Holdings, Inc. v. McCoy  **Docket No.:** 23-00644

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Marcus A. Asner

**Firm:** Arnold & Porter Kaye Scholer LLP

**Address:** 250 West 55th Street, New York, NY 10019

**Telephone:** 212-836-8000  **Fax:** 212-836-8689

**E-mail:** marcus.asner@arnoldporter.com

**Appearance for:** Sotheby's Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Theresa M. House, Arnold & Porter Kaye Scholer LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 5/27/2020   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Marcus A. Asner

**Type or Print Name:** Marcus A. Asner