## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Free Holdings, Inc. v. McCoy                    Docket No.: 23-644

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Nicholas G. Saady

Firm: Pryor Cashman LLP

Address: 7 Times Square, New York, NY 10036

Telephone: 212-326-0156            Fax: 212-326-0806

E-mail: nsaady@pryorcashman.com

Appearance for: Kevin McCoy / Appellee
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: William L. Charron / Pryor Cashman LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 04/06/2022 _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: *NSaady*

Type or Print Name: Nicholas G. Saady