# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

FREE HOLDINGS, INC.,_____ v.

KEVIN MCCOY and SOTHEBY'S INC.,

_____

**CERTIFICATE OF SERVICE**
Docket Number: 23-644_____

I, Vihang Desai _____, hereby certify under penalty of perjury that on
(name)
July 25, 2023 _____, I served a copy of _____
(date)
DVDs containing Exhibits C and E to Rothstein Declaration _____
(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | 250 West 55th Street | New York | NY | 10019 |
| PRYOR CASHMAN LLP | 7 Times Square, Level 40 | New York | NY | 10036 |
| | | | | |
| | | | | |

7/25/2023 _____
Today's Date

/s/ Vihang Desai _____
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form