**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: January 17, 2024<br>Docket #: 23-644cv<br>Short Title: Free Holdings, Inc. v. McCoy | DC Docket #: 22-cv-881<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Cott |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8513.